Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100000230
Cashier ID: fcansler
Transaction Date: 04/11/2007
Payer Name: TROUTMAN SANDERS LLP
------------------------------------
CIVIL FILING FEE
 For: TROUTMAN SANDERS LLP
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 5872
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:      $0.00

NOTICE OF REMOVAL

07-CV-348