# TROUTMAN SANDERS LLP ~~RECEIVED~~

A T T O R N E Y S   A T   L A W
A LIMITED LIABILITY PARTNERSHIP

1660 INTERNATIONAL DRIVE
SUITE 600, TYSONS CORNER
MCLEAN, VIRGINIA 22102-3805
www.troutmansanders.com
TELEPHONE: 703-734-4334
FACSIMILE: 703-734-4340

2007 APR 10 P 3: 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Direct Dial: 703-734-4075
Direct Fax:  703-448-6501

Elizabeth A. Billingsley
elizabeth.billingsley@troutmansanders.com

April 10, 2007

**VIA HAND DELIVERY**

Fernando Galindo, Acting Clerk of Court
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia  22314

      Re:    *Esta M. Chenowith v. Target Stores, Inc. and Target Corporation*

Dear Mr. Galindo:

    Enclosed for filing please find an original and one copy of a Notice of Removal.  Please file stamp the copy and return it with the courier.

    Should you have any questions, please call me.

        Sincerely,

        Elizabeth A. Billingsley

Enclosures

cc:    Nate L. Adams, III, Esquire (w/encl., via overnight mail)

#323922v1